IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON JALON MAZE,** : | |
| Petitioner : | |
| : | No. 1:22-cv-00456 |
| v. : | |
| : | (Judge Kane) |
| **LONNIE OLIVER, et al.,** : | |
| Respondents : | |

## ORDER

**AND NOW**, on this 5th day of June, 2024, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus filed by pro se Petitioner Brandon Jalon Maze ("Petitioner"), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania